# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161616

*In re* DELO, Minors.

SC: 161616
COA: 351407
Clinton CC Family Division:
19-028722-NA

_____/

On order of the Court, the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2020



b0824

Clerk